UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BETTER CHOICE FOUNDATION D/B/A MARY D. COGHILL CHARTER SCHOOL** | * CIVIL ACTION NO. * * |
| **Plaintiff,** | * * |
| **VERSUS** | * JUDGE * |
| **ORLEANS PARISH SCHOOL BOARD AND DR. HENDERSON LEWIS, JR. SUPERINTENDENT, ORLEANS PARISH PUBLIC SCHOOLS,** | * * |
| **Defendants.** | * MAGISTRATE * |

*********************************************

## COMPLAINT

Plaintiff, Better Choice Foundation d/b/a Mary D. Coghill Charter School ("Coghill"), by and through undersigned counsel, respectfully submits the following Complaint.

### Jurisdiction and Venue

1. This is an action for injunctive, declaratory and monetary relief for violation of the Fourteenth Amendment of the United States Constitution and 42 U.S.C. § 1983. This Court has jurisdiction over this matter under 28 U.S.C. §§ 1331, 1343(a)(3) and (4) and 2201. Plaintiff also seeks relief under Louisiana state law. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state law claims as they form part of the same case or controversy.

2. Venue for this action is proper in the Eastern District of Louisiana. Coghill is a Louisiana non-profit corporation with its registered office, principal place of business, domicile, and operations within the District. All of the Orleans Parish School Board's officers, members, and operations are within this District, and Dr. Henderson Lewis, Jr., sued in his official capacity as New Orleans Superintendent of Schools, resides and is domiciled in this District. All of the

1544731.3

Defendants' acts forming the subject matter of this action were and are being committed in this District.  Therefore, Plaintiff's claims arise in this District.

## Parties

3.  Plaintiff, Better Choice Foundation d/b/a Mary D. Coghill Charter School, is a non-profit corporation organized under the Louisiana Nonprofit Corporation Law with its registered office, principal place of business, domicile, and operations within the Parish of Orleans, State of Louisiana.

4.  Defendant, the Orleans Parish School Board ("OPSB"), is a local political subdivision of the State of Louisiana that acts under color of state law, with all of its officers, members, and operations located in Orleans Parish, Louisiana.

5.  Under Louisiana Revised Statute 17:51, OPSB has the general legal capacity to be sued, and OPSB is subject to suit herein under 42 U.S.C. §§ 1983 and 1988.

6.  Defendant, Dr. Henderson Lewis, Jr. ("Superintendent Lewis"), is the Superintendent of the Orleans Parish Public Schools.  At all relevant times, Superintendent Lewis was acting under color of state law.  On information and belief, Superintendent Lewis participated in the incident in which Coghill now complains.  Superintendent Lewis is sued in his official and individual capacity.

## Factual Allegations

### History of Coghill Charter School

7.  Mary D. Coghill Charter School is an open enrollment community school that services the Gentilly, Gentilly Woods, and Ponchartrain Park neighborhoods.

8.  For the 2019 – 2020 school year, Mary D. Coghill Charter School had approximately 566 students in grades K – 8.

9. Mary D. Coghill's Board of Directors is comprised exclusively of community members.

10. The mission of Mary D. Coghill Charter School is to educate, empower, and motivate children within Orleans Parish to be future leaders by infusing the latest technological resources while creating an educational environment that fosters academic excellence, encourages social competence, and challenges young minds to exceed the highest levels of educational expectations in every academic field.

11. Prior to Hurricane Katrina, Mary D. Coghill Charter School operated as a traditional public school under the direct control of the OPSB.

12. Following Hurricane Katrina, Mary D. Coghill School was transferred to the control of the Recovery School District ("RSD").

13. Mary D. Coghill Charter School then became a BESE authorized Type 5 charter school, in which BESE contracted with Coghill to govern the school's finances, operations, and administration.

14. The Louisiana Charter School Demonstration Programs Law, Louisiana Revised Statute 17:3971, *et seq.* (the "Charter Act"), authorizes parish school boards, such as OPSB, to contract with private nonprofit corporations, such as Coghill to operate charter schools pursuant to the terms of the Charter Act.

15. After years of sustained academic success, on or about March 1, 2016, Coghill voted to provide BESE with written notification of its desire to transfer Mary D. Coghill Charter School from the RSD to the OPSB.

16. On or about March 15, 2016, the OPSB accepted the transfer of Mary D. Coghill Charter School from the RSD as a Type 3B charter school with independent LEA status, and on June 22, 2016, BESE approved the transfer of Mary D. Coghill Charter School to the OPSB.

17. On or about July 1, 2016, OPSB entered into a Type 3B Charter School Operating Agreement with Better Choice Foundation to operate Mary D. Coghill Charter School as a Type 3B charter school under the jurisdiction of the OPSB (the "Charter Contract").

18. The term of the Charter Contract is four (4) years, expiring on June 30, 2020, unless terminated or extended pursuant its terms.

The Relationship Between Coghill and OPSB

19. Pursuant to Louisiana Constitution Article 8 § 9 and Louisiana Revised Statute 17:81, the OPSB "serve[s] in a policy making capacity that is in the best interests of all students enrolled in schools under the board's jurisdiction."

20. Pursuant to Louisiana Revised Statute 17:3392, the OPSB has the sole authority and duty concerning whether charter contracts should be renewed.

21. The OPSB is the chartering authority for Coghill.

22. Coghill is under the OPSB's jurisdiction.

23. The OPSB's decision of whether to renew or not renew a charter contract is discretionary.

24. During the 2016 Regular Session, the Louisiana Legislature passed Act 91, which established Louisiana Revised Statute 17:10.7.1 entitled, "Return of certain schools from the Recovery School District to the transferring school system; time line; conditions; funding."

25. Pursuant to Act 91, a local superintendent must make recommendations to local school boards concerning, among other things, whether to renew charter contracts.

26. Subsection F of Louisiana Revised Statute 17:10.7.1 states:

> In order to determine quality standards for all schools and intervene appropriately in instances when student needs are not being met, the local superintendent shall:
>
> (1)(a) Present recommendations to the local school board regarding the approval, extension, renewal, or revocation of the charter for any charter school under the board's jurisdiction.
>
> (b) Unless rejected by a two-thirds vote of the full membership of the board, the local superintendent may implement any such recommendation submitted to the board.
>
> (c) Any action by the board to reject a recommendation made by the local superintendent pursuant to Subparagraph (b) of this Paragraph shall occur no later than the first board meeting held after the meeting during which the recommendation was submitted to the board.

27. At the November 21, 2019, school board meeting, Superintendent Lewis recommended that the OPSB not renew Coghill's Charter Contract.

28. At the next board meeting, on December 19, 2019, a quorum was established and the OPSB voted to reject Superintendent Lewis' recommendation of non-renewal and to renew the Charter Contract by a two-thirds vote (4-2).

29. One member of the OPSB was absent for the vote on Superintendent Lewis' recommendation; thus, the full membership of the board did not vote on the recommendation.

30. Notwithstanding the vote and will of the OPSB, Superintendent Lewis is implementing his recommendation and has begun to transition Mary D. Coghill Charter School back to the OPSB.

31. The OPSB voted to renew Coghill's Charter Contract.

32. Superintendent Lewis has disregarded the will and authority of the OPSB and is acting contradictory to the vote of the OPSB.

33. Alternatively, the OPSB has improperly delegated the authority to decide whether to renew Coghill's Charter Contract to Superintendent Lewis.

## Causes of Action

### COUNT I:
### Violation of the Fourteenth Amendment of the United States Constitution, Article I, Section 2 of the Louisiana Constitution – Due Process

34. Paragraphs 1 - 33 are incorporated herein.

35. By the foregoing conduct, specifically by the OPSB rejecting Superintendent Lewis' recommendation and voting to renew the Charter Contract, Plaintiff's right to due process of law, as guaranteed by the Fourteenth Amendment of the United States Constitution and Article I, Section 2 of the Louisiana Constitution of 1974 are being violated because defendants have failed to renew the Charter Contract without due process of law.

36. Superintendent Lewis should be enjoined from taking any action to implement his recommendation not to renew Coghill's Charter Contract or transition Mary D. Coghill Charter School back to the direct control of the OPSB.

37. The OPSB should be enjoined and directed to renew Coghill's Charter Contract in accordance with its vote on December 19, 2019.

38. Plaintiff brings this claim through 42 U.S.C. § 1983.

### COUNT II:
### La. R.S. 17:10.7.1 is unconstitutional as applied by the OPSB and Superintendent Lewis.

39. Paragraphs 1- 38 are incorporated herein.

40. As applied by Superintendent Lewis and the OPSB, La. R.S. 17:10.1.7 violates La. Const. Art. 8 § 9, La. R.S. 17:81, and La. R.S. 17:3992 by authorizing local superintendents to implement a recommendation not to renew a charter contract unless rejected by a two-thirds vote

of the full membership of the board when the recommendation is rejected by a two-thirds vote of the board members present.

41. By the foregoing conduct, specifically, Superintendent Lewis' actions of implementing his recommendation not to renew Coghill's Charter Contract and transitioning Coghill to the direct control of the OPSB under La. R.S. 17:10.7.1, Superintendent Lewis has usurped the power and authority of the OPSB to renew or extend charter contracts pursuant to La. Const. Art. 8 § 9, La. R.S. 17:81, and La. R.S. 17:3992.

42. By the foregoing conduct, specifically, by authorizing Superintendent Lewis to implement a recommendation not to renew a charter contract that is not rejected by a two-thirds vote of the full membership of the board but was rejected by two-thirds vote of the membership board present, the OPSB has improperly delegated authority to Superintendent Lewis in violation of La. Const. Art. 9 § 8, La. R.S. 17:81, and La. R.S. 17:3992.

43. Superintendent Lewis should be enjoined from taking any action to implement his recommendation not to renew Coghill's Charter Contract or transition Mary D. Coghill Charter School back to the direct control of the OPSB.

44. The OPSB should be enjoined and directed to renew Coghill's Charter Contract in accordance with its vote on December 19, 2019.

### Count III:
### The OPSB has Improperly Delegated Authority to Superintendent Lewis.

45. Paragraphs 1- 44 are incorporated herein.

46. By the foregoing conduct, specifically, by authorizing Superintendent Lewis to implement a recommendation not to renew a charter contract that is not rejected by a two-thirds vote of the full membership of the board but was rejected by two-thirds vote of the membership

board present the OPSB has improperly delegated authority to Superintendent Lewis in violation of La. Const. Art. 9 § 8, La. R.S. 17:81, and La. R.S. 17:3992.

47. Superintendent Lewis should be enjoined from taking any action to implement his recommendation not to renew Coghill's Charter Contract or transition Mary D. Coghill Charter School back to the direct control of the OPSB.

48. The OPSB should be enjoined and directed to renew Coghill's Charter Contract in accordance with its vote on December 19, 2019.

## COUNT IV:
### Superintendent Lewis Has Improperly Usurped the Power and Authority of The OPSB.

49. Paragraphs 1- 48 are incorporated herein.

50. By the foregoing conduct, specifically, Superintendent Lewis' actions of implementing his recommendation not to renew Coghill's Charter Contract and transitioning Coghill to the direct control of the OPSB under La. R.S. 17:10.7.1, Superintendent Lewis has usurped the power and authority of the OPSB to renew or extend charter contracts pursuant to La. Const. Art. 8 § 9, La. R.S. 17:81, and La. R.S. 17:3992.

51. Superintendent Lewis should be enjoined from taking any action to implement his recommendation not to renew Coghill's Charter Contract or transition Mary D. Coghill Charter School to the direct control of the OPSB.

52. The OPSB should be enjoined and directed to renew Coghill's Charter Contract in accordance with its vote on December 19, 2019.

**WHEREFORE**, Plaintiff prays that this Honorable Court grant the following relief:

A. Declare Defendants' conduct unlawful;

B. Enjoin and direct Superintendent Lewis from taking other adverse action against Coghill to implement his recommendation not to renew Coghill's Charter Contract

   or transition Mary D. Coghill Charter School to the direct control of the OPSB;'

C. Enjoin the Orleans Parish School Board to renew Coghill's Charter Contract in accordance with its vote on December 19, 2019;

D. Award compensatory damages;

E. Grant attorney's fees and costs;

F. Trial by jury; and

G. Such other relief as the Court deems just and proper.

**PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

    Respectfully submitted:

    **McGlinchey Stafford, PLLC**

    */s/ Camille R. Bryant*
    Camille R. Bryant, La. Bar No. 35063
    Magdalen Blessey Bickford, La. Bar No. 17472
    MCGLINCHEY STAFFORD, PLLC
    601 Poydras Street, 12th Floor
    New Orleans, Louisiana 70130
    Telephone (504) 586-1200
    Facsimile   (504)596-2800
    mbickford@mcglinchey.com
    cbryant@mcglinchey.com

    and

    M. Brent Hicks, La. Bar No. 23778
    Zelma Frederick, La. Bar. No. 31459
    McGlinchey Stafford PLLC
    301 Main Street, Fourteenth Floor
    Baton Rouge, Louisiana  70801
    Telephone:  225-383-9000
    Facsimile:  225-343-3076
    bhicks@mcglinchey.com
    ***Attorneys for Better Choice Foundation d/b/a Mary D. Coghill Charter School***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all known counsel of record who have consented to service through the Court's CM/ECF system.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail all non-CM/ECF participants:

*/s/ Camille R. Bryant*
Camille R. Bryant
