UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BETTER CHOICE FOUNDATION D/B/A MARY D. COGHILL CHARTER SCHOOL,** | * CIVIL ACTION NO. 2:20-CV-00469 |
| **Plaintiff,** | * |
| **VERSUS** | * JUDGE GREG GUIDRY |
| **ORLEANS PARISH SCHOOL BOARD AND DR. HENDERSON LEWIS, JR. SUPERINTENDENT, ORLEANS PARISH PUBLIC SCHOOLS,** | * |
| **Defendants.** | * MAGISTRATE JUDGE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### BETTER CHOICE FOUNDATION D/B/A MARY D. COGHILL CHARTER SCHOOL'S MOTION FOR PRELIMINARY AND MANDATORY INJUNCTION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Better Choice Foundation d/b/a Mary D. Coghill Charter School ("Coghill"), who respectfully submits this motion for preliminary injunction against Dr. Henderson Lewis Jr., Superintendent of Orleans Parish Public Schools ("Superintendent Lewis") and mandatory injunction against the Orleans Parish School Board ("OPSB"). For the reasons set forth fully in the accompanying memorandum, Superintendent Lewis should be enjoined from taking any action to implement his recommendation not to renew Coghill's Charter Contract and the OPSB should be ordered and directed to renew Coghill's Charter Contract in accordance with its vote on December 19, 2019.

**WHEREFORE**, Plaintiff, Better Choice Foundation d/b/a Mary D. Coghill Charter School, moves this Court for a preliminary injunction prohibiting Superintendent Lewis from taking any action to implement his recommendation not to renew Coghill's Charter Contract and a mandatory injunction against the OPSB ordering and directing it to renew Coghill's Charter Contract in accordance with its vote on December 19, 2019.

    Respectfully submitted,

    */s/ Camille R. Bryant*
    Magdalen Blessey Bickford, La Bar No. 17472
    Camille R. Bryant, La. Bar No. 35063
    McGlinchey Stafford, PLLC
    601 Poydras Street, 12th Floor
    New Orleans, Louisiana 70130
    Telephone (504) 586-1200
    Facsimile   (504)596-2800
    mbickford@mcglinchey.com
    cbryant@mcglinchey.com

    and

    M. Brent Hicks, La. Bar No. 23778
    McGlinchey Stafford PLLC
    301 Main Street, Fourteenth Floor
    Baton Rouge, Louisiana  70801
    Telephone:  225-383-9000
    Facsimile:  225-343-3076
    bhicks@mcglinchey.com

    ***Attorneys for Better Choice Foundation d/b/a Mary D. Coghill Charter School***

**CERTIFICATE OF SERVICE**

      In accordance with the Eastern District of Louisiana's electronic filing procedures, I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. I hereby certify that if a party's counsel of record does not participate in Notice of Electronic Filing, I have served a copy on the party's counsel of record either by hand delivery, facsimile, electronic mail or placing same in the U.S. Mail, postage prepaid, on this 28th day of February, 2020.

                                                */s/ Camille R. Bryant*
                                                CAMILLE R. BRYANT