UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BETTER CHOICE FOUNDATION D/B/A    * CIVIL ACTION NO. 2:20-CV-00469
MARY D. COGHILL CHARTER SCHOOL,   *
                                      *
           Plaintiff,           *
                                        *
   VERSUS                     * JUDGE GREG GUIDRY
                                        *
ORLEANS PARISH SCHOOL BOARD AND   *
DR. HENDERSON LEWIS, JR.             *
SUPERINTENDENT, ORLEANS PARISH     *
PUBLIC SCHOOLS,                    *
                                        *
          Defendants.      * MAGISTRATE JUDGE
                                      * KAREN WELLS ROBY

**********************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel for Plaintiff, Better Choice

Foundation d/b/a Mary D. Coghill Charter School, will bring for hearing Plaintiff's Motion for

Preliminary and Mandatory Injunction on March 18, 2020, at 10:00 a.m. before the Honorable

Judge Greg G. Guidry at the United States District Court for the Eastern District of Louisiana,

500 Poydras Street, New Orleans, LA 70130.

                         Respectfully submitted,

                         */s/ Camille R. Bryant*
                         M. Brent Hicks, La. Bar No. 23778
                         McGlinchey Stafford PLLC
                         301 Main Street, Fourteenth Floor
                         Baton Rouge, Louisiana  70801
                         Telephone:  225-383-9000
                         Facsimile:  225-343-3076
                         bhicks@mcglinchey.com

and

Magdalen Blessey Bickford, La Bar No. 17472
Camille R. Bryant, La. Bar No. 35063
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile   (504)596-2800
mbickford@mcglinchey.com
cbryant@mcglinchey.com

***Attorneys for Better Choice Foundation d/b/a
Mary D. Coghill Charter School***

## CERTIFICATE OF SERVICE

In accordance with the Eastern District of Louisiana's electronic filing procedures, I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service.  This document is available for viewing and downloading from the Court's ECF system. I hereby certify that if a party's counsel of record does not participate in Notice of Electronic Filing, I have served a copy on the party's counsel of record either by hand delivery, facsimile, electronic mail or placing same in the U.S. Mail, postage prepaid, on this 28th day of February, 2020.

*/s/ Camille R. Bryant*_____
CAMILLE R. BRYANT