UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BETTER CHOICE FOUNDATION D/B/A MARY D. COGHILL CHARTER SCHOOL,** | * **CIVIL ACTION NO. 2:20-CV-00469** |
| Plaintiff, | * |
| VERSUS | * **JUDGE GREG GUIDRY** |
| **ORLEANS PARISH SCHOOL BOARD AND DR. HENDERSON LEWIS, JR. SUPERINTENDENT, ORLEANS PARISH PUBLIC SCHOOLS,** | * |
| Defendants. | * **MAGISTRATE JUDGE** <br> * **KAREN WELLS ROBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 78.1 REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Better Choice Foundation d/b/a Mary D. Coghill Charter School ("Coghill"), who respectfully moves this Honorable Court to entertain oral argument on its Motion for Preliminary and Permanent Injunction on March 18, 2020, or as soon thereafter as is convenient for the Court. Coghill's Motion presents to the Court a complex issue of first impression regarding the constitutionality of Louisiana revised Statute 17:10.7.1, as applied by the Orleans Parish School Board and Superintendent Dr. Henderson Lewis, Jr. Plaintiff believes that oral argument may assist the Court by allowing counsel the opportunity to address any questions that the Court may have concerning the merits of the Motion.

WHEREFORE, Plaintiff, Better Choice Foundation d/b/a Mary D. Coghill Charter School, respectfully urges this Court to hear oral argument on its Motion for Preliminary and

Mandatory Injunction on March 18, 2020 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

        Respectfully submitted,

        */s/ Camille R. Bryant*
        M. Brent Hicks, La. Bar No. 23778
        McGlinchey Stafford PLLC
        301 Main Street, Fourteenth Floor
        Baton Rouge, Louisiana 70801
        Telephone: 225-383-9000
        Facsimile: 225-343-3076
        bhicks@mcglinchey.com

        and

        Magdalen Blessey Bickford, La Bar No. 17472
        Camille R. Bryant, La. Bar No. 35063
        McGlinchey Stafford, PLLC
        601 Poydras Street, 12th Floor
        New Orleans, Louisiana 70130
        Telephone (504) 586-1200
        Facsimile (504)596-2800
        mbickford@mcglinchey.com
        cbryant@mcglinchey.com

        ***Attorneys for Better Choice Foundation d/b/a Mary D. Coghill Charter School***

## CERTIFICATE OF SERVICE

In accordance with the Eastern District of Louisiana's electronic filing procedures, I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service.  This document is available for viewing and downloading from the Court's ECF system. I hereby certify that if a party's counsel of record does not participate in Notice of Electronic Filing, I have served a copy on the party's counsel of record either by hand delivery, facsimile, electronic mail or placing same in the U.S. Mail, postage prepaid, on this 28th day of February, 2020.

*/s/ Camille R. Bryant*
CAMILLE R. BRYANT