UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETTER CHOICE FOUNDATION | CIVIL ACTION |
| VERSUS | NO: 20-469 |
| ORLEANS PARISH SCHOOL BOARD, ET AL | SECTION: "T" (4) |

## NOTICE REGARDING ORAL ARGUMENT REQUEST

Request for oral argument has been filed **(Rec. Doc. #7)** in conjunction with a Motion for Preliminary and Mandatory Injunction by Better Choice Foundation **(Rec. Doc. #6)** scheduled for submission before the district judge in this matter.  <u>Notwithstanding Local Rule 78.1</u>, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request.  Counsel should <u>not</u> appear for oral argument until ordered to do so.  Deadlines for response memoranda are not extended--those deadlines are based on the <u>noticed</u> submission date and are governed by the Local Rules.

THIS NOTICE DOES <u>NOT</u> APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

DEDRA D. PONGRACZ, FOR THE COURT
CASE MANAGER SECTION "T"
dedra_pongracz@laed.uscourts.gov